# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-1501

_____

Phillip H. March

*Plaintiff - Appellant*

v.

Small Business Administration; Isabel Guzman, in her official capacity as
Administrator of the Small Business Administration; Janet L. Yellen, in her
official capacity as Secretary of the State Treasury; United States of America

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: October 2, 2023
Filed: October 5, 2023
[Unpublished]

_____

Before COLLOTON, GRUENDER, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Phillip March appeals the district court's[1] dismissal of his pro se civil action
as moot. After careful review of the record and the parties' arguments on appeal, we

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern
District of Missouri.

conclude the district court did not err in dismissing March's complaint.  See Sears v. United States Trs. (In re AFY), 734 F.3d 810, 816 (8th Cir. 2013) (de novo review of dismissal for mootness).  We further conclude the district court did not abuse its discretion in denying March's motion for reconsideration.  See Julianello v. K-V Pharm. Co., 791 F.3d 915, 922 (8th Cir. 2015) (denial of reconsideration reviewed for abuse of discretion).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____